UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:14-cv-24086 HUCK/OTAZO-REYES

AT LAW AND IN ADMIRALTY

GILDA MORALOBO,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

**PLAINTIFF'S WITNESS LIST**

    The Plaintiff, by and through his/her undersigned counsel and pursuant to the pretrial order of this Court [D.E. 10], hereby files his/her witness list as follows:

1. Gilda Moralobo
   c/o Hickey Law Firm, P.A.
   1401 Brickell Avenue, Suite 510
   Miami, FL  33131
   (Expected to be presented live at trial)

2. Hilario Moralobo
   c/o Hickey Law Firm, P.A.
   1401 Brickell Avenue, Suite 510
   Miami, FL  33131
   (Expected to be presented live at trial)

   Before and After Witness:  Hilario Moralobo is the Plaintiff's husband.  He will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

3. Michael Moralobo
c/o Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL 33131
(To be presented if the need arises)

<u>Before and After Witness</u>: Michael Moralobo is the Plaintiff's son. He will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

4. Alberto Moralobo
11790 SW 18th Street, Apt. 129
Miami, FL 33175
(To be presented if the need arises)

<u>Before and After Witness</u>: Alberto Moralobo is the Plaintiff's son. He will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

5. Sonia Moralobo
11790 SW 18th Street, Apt. 129
Miami, FL 33175
(To be presented if the need arises)

<u>Before and After Witness</u>: Sonia Moralobo is the Plaintiff's daughter-in-law. She will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

6. Daniel Moralobo
c/o Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL 33131
(Expected to be presented live at trial)

<u>Before and After Witness</u>: Daniel Moralobo is the Plaintiff's son. He will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

7. Elisa Moralobo
c/o Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL 33131

(To be presented if the need arises)

<u>Before and After Witness</u>:  Elisa Moralobo is the Plaintiff's daughter-in-law.  She will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

8. David Moralobo
   5338 Springwood Road
   Springhill, FL  34609
   (To be presented if the need arises)

   <u>Before and After Witness</u>:  David Moralobo is the Plaintiff's son.  He will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

9. Julissa Vargas
   5338 Springwood Road
   Springhill, FL  34609
   (To be presented if the need arises)

   <u>Before and After Witness</u>: Julissa Vargas is the Plaintiff's son, David Moralobo's domestic partner.  She will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

10. Adriana Gutierrez
    Address Unknown
    (305) 297-5109

    <u>Before and After Witness</u>: Adriana Gutierrez is the Plaintiff's friend.  She will testify about Plaintiff's injuries resulting in shoulder surgery, pain, suffering, disability, impairment, disfigurement, mental anguish, and loss of capacity for the enjoyment of life.

11. Carnival Corporation
    3655 NW 87th Avenue
    Miami, FL  33178

12. Any and all **MEDICAL CARE PROVIDERS** (including but not limited to all doctors, nurses, physical therapists, vocational therapists, occupational therapists, hospitals, clinics and any and all medical facilities, who have examined or have provided services or treatment to the Plaintiff at any time including), and the **RECORDS CUSTODIANS** for such personnel and facilities, including but not limited to the following:

3

**All treating physicians and other health care professionals who have treated, cared for, examined, or tested the Plaintiff, are experts, and will provide opinions on diagnosis, prognosis, causation, future medical care required or indicated, the cost of future medical care, the cost of past medical care, the necessity and reasonableness of past medical care, and disability and impairments.**

a) Manuel A. Lopez, M.D. (Expert)
   Baptist Health South Florida
   Doctors Hospital
   5000 University Dr.
   Coral Gables, FL 33146
   P: (786) 308-2301

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

b) Roberto A. Miki, M.D. (Expert)
   Miami Hand Center
   2750 SW 37th Ave., Suite 100
   Miami, FL 33134
   P: (305) 642-4263

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

c) Lawrence Chen, M.D. (Expert)
   Baptist Health South Florida
   Doctors Hospital
   5000 University Dr.
   Coral Gables, FL 33146
   P: (786) 308-2301

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      d) Derrick Rowe (Expert)
         Miami-Dade Fire Rescue
         9300 NW 41st St.
         Doral, FL 33178

      This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      e) Elizabeth Jean-Louis (Expert)
         Miami-Dade Fire Rescue
         9300 NW 41st St.
         Doral, FL 33178

      This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      f) Joaquin Gonzalez (Expert)
         Miami-Dade Fire Rescue
         9300 NW 41st St.
         Doral, FL 33178

      This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      g) Percy W. Aitken, M.D. (Expert)
         Baptist Health South Florida
         Doctors Hospital
         5000 University Dr.
         Coral Gables, FL 33146

      This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or

the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      h)  Pierre R. Lafontant, M.D. (Expert)
          Baptist Health South Florida
          Doctors Hospital
          5000 University Dr.
          Coral Gables, FL 33146

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      i)  Ana Viciana, M.D. (Expert)
          Baptist Health South Florida
          Doctors Hospital
          5000 University Dr.
          Coral Gables, FL 33146

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      j)  Myer H. Roszler, M.D. (Expert)
          Baptist Health South Florida
          Doctors Hospital
          5000 University Dr.
          Coral Gables, FL 33146

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      k)  Joseph Inzianna, M.D. (Expert)
          Baptist Health South Florida
          Doctors Hospital

       5000 University Dr.
       Coral Gables, FL 33146

      This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      l)   Avinash Balkissoon, M.D. (Expert)
           Baptist Health South Florida
           Doctors Hospital
           5000 University Dr.
           Coral Gables, FL 33146

      This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      m)   Juan Battle, M.D. (Expert)
            Baptist Health South Florida
            Doctors Hospital
            5000 University Dr.
            Coral Gables, FL 33146

      This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      n)   James Grove, M.D. (Expert)
           Baptist Health South Florida
           Doctors Hospital
           5000 University Dr.
           Coral Gables, FL 33146

      This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings

with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    o) Osmin Morales, M.D. (Expert)
       7001 SW 61st Ave.
       South Miami, FL 33143

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    p) Leon Adler, M.D. (Expert)
       Baptist Health South Florida
       Doctors Hospital
       5000 University Dr.
       Coral Gables, FL 33146

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    q) Sebastian Abdelnur, M.D. (Expert)
       Baptist Health South Florida
       West Kendall Baptist Hospital
       9555 SW 162nd Ave.
       Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    r) Alejandro Mosquera, M.D. (Expert)
       Baptist Health South Florida
       West Kendall Baptist Hospital
       9555 SW 162nd Ave.
       Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    s)   Charles Ekinde, M.D. (Expert)
         Baptist Health South Florida
         West Kendall Baptist Hospital
         9555 SW 162nd Ave.
         Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    t)   Julian Naranjo, M.D. (Expert)
         Baptist Health South Florida
         West Kendall Baptist Hospital
         9555 SW 162nd Ave.
         Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    u)   Carlos Torres-Viera, M.D. (Expert)
         Baptist Health South Florida
         West Kendall Baptist Hospital
         9555 SW 162nd Ave.
         Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      v)  Roberto Hernando, M.D. (Expert)
          Baptist Health South Florida
          West Kendall Baptist Hospital
          9555 SW 162nd Ave.
          Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      w)  Antonio Rabassa, M.D. (Expert)
          Baptist Health South Florida
          West Kendall Baptist Hospital
          9555 SW 162nd Ave.
          Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      x)  Amy Cantor, M.D. (Expert)
          Baptist Health South Florida
          West Kendall Baptist Hospital
          9555 SW 162nd Ave.
          Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

      y)  Kristen Luedemann, M.D. (Expert)
          Baptist Health South Florida
          West Kendall Baptist Hospital
          9555 SW 162nd Ave.
          Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    z) Manuel Alonso, M.D. (Expert)
       Baptist Health South Florida
       West Kendall Baptist Hospital
       9555 SW 162nd Ave.
       Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    aa) Justin Rafael, M.D. (Expert)
       Baptist Health South Florida
       West Kendall Baptist Hospital
       9555 SW 162nd Ave.
       Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

    bb) Michael Letzing, M.D. (Expert)
       Baptist Health South Florida
       West Kendall Baptist Hospital
       9555 SW 162nd Ave.
       Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

cc) Derek Faridad, M.D. (Expert)
Baptist Health South Florida
West Kendall Baptist Hospital
9555 SW 162nd Ave.
Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional.  As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

dd) Ivan Vidal, M.D. (Expert)
Baptist Health South Florida
West Kendall Baptist Hospital
9555 SW 162nd Ave.
Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional.  As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

ee) Howard Katzman, M.D. (Expert)
Baptist Health South Florida
West Kendall Baptist Hospital
9555 SW 162nd Ave.
Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional.  As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

ff) Aimee Aguiar, M.D. (Expert)
Baptist Health South Florida
West Kendall Baptist Hospital
9555 SW 162nd Ave.
Miami, FL 33196

This witness is a treating physician or other health care or mental health care professional. As such, this witness will offer opinions on diagnoses, prognoses, causation, cost of future care, impairment or disability rating, the likelihood that the event actually occurred and/or the consistency of the complaints, history, physical examination, test results, and/or other findings with the description of how the accident or incident occurred, and anything else related to the care and treatment of the Plaintiff.

 gg) Richard S. Glosser, M.D. (Expert)
   Homestead Orthopedic Associates
   941 North Krome Avenue
   Homestead, FL 33030

   Dr. Glosser is an orthopedic surgeon who examined Gilda Moralobo on February 5, 2015 and generated his initial evaluation report on February 5, 2015. Dr. Glosser will discuss issues related to liability, causation and damages and he is expected to testify based on a reasonable degree of medical probability as to issues related to his skills, training, and expertise in the field of orthopedic surgery, the methodology of his differential diagnosis (as reflected in his report), as well as his opinions and conclusions that the cause of Gilda Moralobo's injuries and permanent damage is a direct result of the accident of January 18, 2014. Copies of Dr. Glosser's report along with his Curriculum Vitae, Case List and Rate Sheet were previously provided. Please see the Plaintiff's expert witness disclosures which have been served on the Defendant via email pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's pretrial order [D.E. 10].

   In addition, he will testify about:
   i. The interpretation of the x-rays, MRIs, CT scans and other diagnostic studies;
   ii. His care and treatment of the Plaintiff;
   iii. His opinions referenced in his medical records;
   iv. Opinions referenced in the deposition of this witness;
   v. Diagnosis;
   vi. Prognosis;
   vii. Disabilities and disability ratings;
   viii. Past medical expenses and care;
   ix. Future medical expenses and care;
   x. The reasonableness and necessity of the medical expenses (past and future); and
   xi. Relationship of the injuries, disabilities, medical expenses and physical condition to the subject accident.

 hh) Records Custodian
   Baptist Health South Florida
   Doctors Hospital
   5000 University Dr.
   Coral Gables, FL 33146

 ii) Records Custodian

      Miami Hand Center
      2750 SW 37th Ave., Suite 100
      Miami, FL 33134

jj) Records Custodian
    Miami-Dade Fire Rescue
    9300 NW 41st St.
    Doral, FL 33178

kk) Records Custodian
    Baptist Health South Florida
    West Kendall Baptist Hospital
    9555 SW 162nd Ave.
    Miami, FL 33196

ll) Records Custodian
    Homestead Orthopedic Associates
    941 North Krome Avenue
    Homestead, FL  33030

13. Records Custodians of the Defendants and Medical Providers.
(To be presented if the need arises)

14. Billing Custodians of Defendant and Medical Providers.
(To be presented if the need arises)

15. Corporate Representatives of the Defendants including but not limited to those produced by the Defendants for deposition pursuant to Fla. R. Civ. P. 1.310 (b) (6).
(To be presented if the need arises)

16. All witnesses listed or referenced in any Emergency Medical Treatment Reports, Fire Rescue Reports, Police Reports, and/or reports of other law enforcement, regulatory, and/or governmental agencies.

17. Medical illustrators including but not limited to:

Jennifer McCormick
Art for Law & Medicine, Inc.
5116 Spiral Wood Drive
Clemmons, NC  27012
(To be presented if the need arises)

18. Records custodians and corporate representatives of any and all health care providers, employers, insurers, and/or governmental or quasi-governmental agencies such as Medicare and Medicaid which have or are asserting liens on any recovery in this case.

19. All personnel listed or referenced in any Emergency Medical Treatment Reports, Fire Rescue Reports, Police Reports, and/or reports of other law enforcement, regulatory, and/or governmental agencies.
(To be presented if the need arises)

20. All witnesses previously listed by the Plaintiffs in any Preliminary Witness Lists, Expert Witness Lists or Disclosures, and/or in any other witness lists in this case.

21. All witnesses listed by other parties in this action.

22. All rebuttal witnesses.

23. All impeachment witnesses.

24. All witnesses referred to in the Complaint, Answer to the Complaint, depositions, Exhibits to Depositions, Interrogatory Answers, Responses to Request for Admissions, Responses to Requests to Produce, documents produced by any party to this action, and correspondence between counsel in this case.

25. Discovery and investigation are ongoing. The Plaintiff reserves the right to amend this list.

> By: *s/Brett Sager*
> John H. Hickey, Esq. (FBN 305081)
> hickey@hickeylawfirm.com
> Brett Sager, Esq. (FBN 91636)
> bsager@hickeylawfirm.com
> Hickey Law Firm, P.A.
> 1401 Brickell Avenue, Suite 510
> Miami, FL 33131-3504
> Telephone: (305) 371-8000
> Facsimile: (305) 371-3542
> *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 11th day of March, 2015. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*s/Brett Sager*
Brett Sager, Esq. (FBN 91636)

## SERVICE LIST

MORALOBO v. CARNIVAL CORPORATION
United States District Court, Southern District Of Florida
Case No.: 1:14-cv-24086-HUCK/OTAZO-REYES

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>**Brett Sager, Esq.** (FBN 91636)<br>bsager@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Tel.: (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | **Scott P. Mebane, Esq.** (FBN 273030)<br>smebane@maselara.com<br>**Curtis J. Mase, Esq.** (FBN 478083)<br>cmase@maselara.com<br>**Mase Lara, P.A.**<br>2601 South Bayshore Dr., Suite 800<br>Miami, FL  33133<br>Tel. (305) 377-3770<br>Fax (305) 377-0080<br>*Attorneys for Defendant* |